UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GREGORY T., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil no. 1:17-cv-00445-LEW ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) |
| Defendant. | ) ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision on Motion to Remand and Statement of Errors filed November 16, 2018, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Commissioner's decision is AFFIRMED.

SO ORDERED.

/s/ Lance E. Walker
LANCE E. WALKER
U.S. DISTRICT JUDGE

Dated this 3rd day of December, 2018.